UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 1:23-Cr-051 TRM SKL

ANTHONY MARTIN,

    Defendant.

## **MOTION TO SEAL**

Defendant Anthony Martin, through undersigned counsel, respectfully advises this Honorable Court of the forthcoming filing of a document that contains confidential and personal information not appropriate for public disclosure. With the Court's permission, Mr. Martin wishes to file the document under seal.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court to issue an Order filing the document under seal.

                                                              Respectfully submitted,

                                                              FEDERAL DEFENDER SERVICES
                                                              OF EASTERN TENNESSEE, INC.

                                                              By:   /s/ *Myrlene R. Marsa*
                                                                    Myrlene R. Marsa
                                                              Assistant Federal Defender
                                                              605 Chestnut Street, Suite 1310
                                                             Chattanooga, Tennessee 37450
                                                             Myrlene_Marsa@fd.org
                                                             (423) 756-4349
                                                             BPR # 16798