UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:23-cr-051-TRM-SKL |
| v. | ) |
| | ) |
| ANTHONY MARTIN | ) |

**O R D E R**

Before the Court is Defendant's Motion to Seal [Doc. 16] and proposed sealed document [Doc. 17]. It is hereby **ORDERED** that Defendant's proposed sealed document [Doc. 17] be sealed until further order of the Court. The Motion to Seal [Doc. 16] and this Order shall remain unsealed and in the public record.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE