# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            No. 1:23-Cr-051 TRM SKL

ANTHONY MARTIN,

    Defendant.

## **UNOPPOSED MOTION TO CONTINUE DEADLINES AND TRIAL DATE**

Defendant Anthony Martin, through counsel, respectfully requests this Honorable Court to reschedule the sentencing in this case. The sentencing is currently set for Friday, September 20, 2024, at 9:00 a.m. Undersigned counsel is scheduled to be out of town on that day and is unavailable for this hearing. Counsel is ready for this sentencing hearing and asks that it be reset to an earlier or slightly later date. Assistant United States Attorney Scott Winne has been advised of this motion and does not object.

                                            Respectfully submitted,

                                            FEDERAL DEFENDER SERVICES
                                             OF EASTERN TENNESSEE, INC.

                                             By:   /s/ *Myrlene R. Marsa*
                                                      Myrlene R. Marsa
                                             Assistant Federal Defender
                                             605 Chestnut Street, Suite 1310
                                             Chattanooga, Tennessee 37450
                                             Myrlene_Marsa@fd.org
                                             (423) 756-4349
                                             BPR # 16798