**JUDGMENT:** Case No. 1:23-cr-51    USA v. Anthony Martin

**PRESENT:** Honorable Travis R. McDonough    ☒ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Scott Winne | Myrlene Marsa | Kim Brown |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Courtney Camp | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter    ☐ **SWORN** |

**PROCEEDINGS:** ☒ Plea agreement accepted by Court  ☒ PSR guidelines are  ☒ accurate  ☐ as modified  ☒ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
☐ upward departure: ☐ granted ☐ denied
☐ non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☒ granted ☐ denied

☐ Deft speaks **OR** ☒ Deft declines to speak

Document(s) all except PSR  ☒ unsealed  ☐ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 84 **MONTHS on COUNT(s)** Two, concurrent w/ Hamilton County General Sessions Court #1900418-1900421

**SUPERVISED RELEASE/PROBATION:** 4 **YEARS on COUNT(s)** Two

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☒ report to Probation Officer w/in 72 hrs of release
- ☒ not commit another federal, state or local crime
- ☒ abide by standard conditions on Local Rule 83.10
- ☒ not possess a firearm or other destructive device
- ☒ not illegally possess or use a controlled substance
- ☒ participate in collection of DNA
- ☒ submit to search
- ☐ perform ____ hours of community service
- ☐ comply with any BICE deportation orders
- ☒ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☒ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☒ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** mental health eval and appropriate treatment at BOP

**RESTITUTION:**

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived    **SPECIAL ASSESSMENT:** $100    ☒ Payment due immediately    ☐ Interest waived

☒ Court waived fine due to deft's inability to pay    ☒ Deft informed of right to appeal    ☒ Remaining counts dismissed

☐ Deft ☒ remanded to custody of U.S. Marshal    ☐ remained in custody    ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 10:02 to 10:16    Date: 10/25/24